NO. _____

| | | |
|---|---|---|
| **RUSSELL ROBINSON** | § | **IN THE COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

### PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is: *Russell Robinson v. The State of Texas*, Appeal No. 10-14-00231-CR.

2. The style and number of the case in the trial court is: *The State of Texas v. Russell Robinson*; Cause No. 38,602-CR; from the 40th Judicial District Court of Ellis County, Texas.

3. The Appellant was convicted of the felony offense of Continuous Violence against the Family, a Third Degree Felony. The indictment contained

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PDR - Page 1**

two enhancement paragraphs increasing the range of punishment from 25 to 99 or life.

4. Judgment was entered on July 18, 2014 and punishment was assessed at 99 years confinement in the Texas Department of Criminal Justice—Institutional Division.

5. The conviction was affirmed in the Court of Appeals on September 10, 2015.

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is October 10, 2015.

7. An extension of time for a period of sixty (60) days is requested that would make the due date December 9, 2015.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension is, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Pertioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to <u>December 9, 2015</u>.

**Respectfully submitted,**

*Russell Robinson Jr* (signature)

**Russell Robinson**
**TDCJ # 01941253**
**Mark W. Michael Unit**
**2664 F.M. 2054**
**Tennessee Colony, Texas  75886**

**CERTIFICATE OF SERVICE**

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney, Appellate Division, Ellis County Courthouse, 109 S. Jackson Street, Waxahachie, Texas 75165, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the ⅃ day of Sept, 2015.

*Russell Robinson Jr* (signature)

**Russell Robinson**

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PDR   -   Page 3**